UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                        No.  16 CR 397-LTS

ANTOINE MITCHELL,

        Defendant.
-------------------------------------------------------x

ORDER

        The Court has received and reviewed a letter from defendant Antoine Mitchell dated September 21, 2020.  In his letter, Mr. Mitchell, who is currently incarcerated at the Metropolitan Detention Center ("MDC"), reports that the Bureau of Prisons ("BOP") violated his rights in connection with his removal from a halfway house in early August 2020.

        Mr. Mitchell is advised to follow and exhaust the procedures of his institution concerning the submission of grievances.  To the extent Mr. Mitchell wishes to pursue a separate legal action arising out of the BOP's alleged violations of his rights in connection with his removal from a halfway house, he is advised to contact the Court's pro se intake unit, at: United States District Court of the Southern District of New York, Pro Se Intake Unit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 200, New York, NY 10007.

        SO ORDERED.

Dated: New York, New York
      October 7, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

**Copy mailed to:**
Antoine Mitchell
Reg. No. 77809-054
MDC Brooklyn

Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232